NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**FREDERICK W. BAUER,**
*Claimant-Appellant,*

**v.**

**ROBERT A. MCDONALD, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2014-7064

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 14-0132, Judge Alan G. Lance, Sr.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of Frederick W. Bauer's unopposed motion for a 30-day extension of time to file his reply brief, or in the alternative for an overlong reply brief,

IT IS ORDERED THAT:

The motion for an extension of time is granted. Mr. Bauer's reply brief is due no later than 30 days from the date of this order.

2                                    BAUER v. MCDONALD

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s25